NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRALYN C. COUNCIL, SR.,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3168

---

Petition for review of the Merit Systems Protection Board in case no. AT1221120027-W-1.

---

**ON MOTION**

---

## ORDER

Darralyn C. Council moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 3 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Darralyn C. Council, Sr.
　　Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK